# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:15-CR-96-RCJ-WCG |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| GLENN WARE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Renewed Emergency Motion for Compassionate Release (ECF No. 78) be due on December 1, 2020.

DATED this 23rd of November, 2020.

_____
UNITED STATES DISTRICT JUDGE